## CITY OF BRECKENRIDGE HILLS, Defendant/Appellant,

v.

## Timothy WALK, Plaintiff/Respondent.

### No. ED 77109.

Missouri Court of Appeals,
Eastern District,
Division One.

May 30, 2000.

Paul E. Martin, St. Louis, for appellant.

Timothy Walk, St. Louis, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, City of Breckenridge Hills, appeals the trial court's decision sustaining Defendant's Motion for Summary Judgment. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the princi-

ples of law would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

## In the Interest of P.S.

### No. ED 76413.

Missouri Court of Appeals,
Eastern District,
Division One.

May 30, 2000.

David O. Fischer, St. Louis, for appellant.

John R. Bird, St. Louis, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

E.S. appeals from the trial court's judgment terminating her parental rights to P.S., her minor child. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment of the trial court pursuant to Rule 84.16(b).